UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Chantha Oum, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 1:11cv11663 - RGS |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| Wells Fargo Bank, N.A., et al., | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER OF REMAND

STEARNS, District Judge

In accordance with the Memorandum and Order entered on February 8, 2012 granting the defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1), the above entitled action is remanded to the state court in which it was initially filed.  Case closed.

SO ORDERED.

BY THE COURT,

/s/ *Terri Seelye*

Deputy Clerk

DATED: February 8, 2012